# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2013

Robert P. Young, Jr.,
Chief Justice

147137

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 147137
             COA: 304724
             Calhoun CC: 2010-003670-FC

ELLIOTT LAVONE PATTERSON,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the March 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2013



p1016

               Clerk